Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
05/23/2025
CT Log Number 549208493

## Service of Process Transmittal Summary

**TO:** PAUL SCHULTE, Lit Mgr - Corp Risk Mgmt
ENTERPRISE HOLDINGS, INC.
600 CORPORATE PARK DR
SAINT LOUIS, MO 63105-4211

**RE:** **Process Served in Texas**

**FOR:** EAN Holdings, LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: VANESSA TAYLOR // To: EAN Holdings, LLC |
| **CASE #:** | 202535556 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision |
| **PROCESS SERVED ON:** | C T Corporation System, Dallas, TX |
| **DATE/METHOD OF SERVICE:** | By Process Server on 05/23/2025 at 10:41 |
| **JURISDICTION SERVED:** | Texas |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/23/2025, Expected Purge Date: 05/28/2025<br><br>Image SOP<br><br>Email Notification, ENTERPRISE HOLDINGS RISK MANAGEMENT LEGAL riskmgmtlegal@ehi.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>8775647529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

# PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, May 23, 2025
**Server Name:** D'Ann Wathen

| | |
|---|---|
| Entity Served | EAN HOLDINGS, LLC |
| Case Number | 2025-35556 |
| Jurisdiction | TX |

| Inserts | | |
|---|---|---|
| | | |

DELIVERED MAY 2 3 2025

Receipt Number: 1055016
Tracking Number: 74483825

**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202535556

| | |
|---|---|
| PLAINTIFF: TAYLOR, VANESSA | In the 152nd Judicial |
| vs. | District Court of |
| DEFENDANT: BARBER, JOSHUA | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: EAN HOLDINGS LLC (D/B/A ENTERPRISE RENT-A-CAR) (FOREIGN LIMITED LIABILITY COMPANY) MAY BE SERVED BY SERVING ITS REGISTERED AGENT CT CORPORATION
1999 BRYAN STREET SUITE 900
DALLAS TX 75201

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on May 20, 2025, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this May 20, 2025.

DISTRICT COURT OF HARRIS COUNTY TEXAS

Marilyn Burgess

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: TAIASHA BRADFORD

Issued at request of:
MUKERJI, SAMBAR KUMAR
2405 SMITH STREET
HOUSTON, TX 77006
713-222-1222
Bar Number: 24053377

Tracking Number: 74483825

CAUSE NUMBER: 202535556

| | |
|---|---|
| PLAINTIFF: TAYLOR, VANESSA | In the 152nd |
| vs. | Judicial District Court |
| DEFENDANT: BARBER, JOSHUA | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at ________o'clock _____. M., on the ________ day of ____________________, 20_______.
Executed at (address) ____________________
in ______________ County
at _______ o'clock _____. M., on the ________ day of ____________________, 20 ______,
by delivering to ____________________ defendant,
in person, a true copy of this
Citation together with the accompanying ______ copy(ies) of the ____________________ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _________ day of ____________________, 20 _______.

FEE: $ _____________ ____________________

_______________ of ______________

County, Texas

____________________ By: ____________________
Affiant Deputy

On this day, ____________________, known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this __________ of ____________________, 20 ______

____________________
Notary Public

5/20/2025 3:34 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 101068680
By: Taiasha Bradford
Filed: 5/20/2025 3:34 PM

2025-35556 / Court: 152

**CAUSE NO. ___________**

| | | |
|---|---|---|
| **VANESSA TAYLOR,** | § | **IN THE DISTRICT COURT OF** |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **EAN HOLDINGS, LLC D/B/A** | § | |
| **ENTERPRISE RENT-A-CAR AND** | § | |
| **JOSHUA BARBER,** | § | **_______ JUDICIAL DISTRICT** |
| *Defendants.* | | |

**PLAINTIFF'S ORIGINAL PETITION**

Unofficial Copy Office of Marilyn Burgess District Clerk

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, VANESSA TAYLOR, Plaintiff, complaining of EAN HOLDINGS, LLC D/B/A ENTERPRISE RENT-A-CAR and JOSHUA BARBER, Defendants, and files this Original Petition, and for cause of action would respectfully show the Court the following:

**I.**
**DISCOVERY LEVEL**

1.1 Plaintiff intends to conduct discovery in this matter under Level 3 of Rule 190 of the Texas Rules of Civil Procedure.

**II.**
**PARTIES**

2.1 Plaintiff, VANESSA TAYLOR, is an individual residing in Fort Bend County, Texas.

2.2 Defendant, EAN HOLDINGS, LLC D/B/A ENTERPRISE RENT-A-CAR, is a foreign limited liability company doing business in the State of Texas. Defendant may be served with process by serving its registered agent, CT Corporation System, at 1999 Bryan St., Ste. 900, Dallas, TX 75201, or wherever they may be found. **A citation is requested at this time.**

2.3 Defendant, JOSHUA BARBER, is an individual who is a resident of Craighead County, Arkansas and may be served with process at 3717 South Culberhouse Road, Jonesboro Arkansas 72401, or wherever they may be found. **A citation is requested at this time.**

**III.**
**VENUE**

3.1 Venue is proper and maintainable in Harris County, Texas, under Section 15.002 of the Texas Civil Practice and Remedies Code as Harris County, Texas is the county in which all or a substantial part of the events or omissions giving rise to the claims occurred.

**IV.**
**BACKGROUND FACTS**

4.1 On or about August 24, 2023, Plaintiff VANESSA TAYLOR was injured while lawfully operating her motor vehicle in Harris County, Texas. Plaintiff was traveling northbound on the Southwest Freeway at the time of the incident. Suddenly, and without warning, Defendant JOSHUA BARBER, who was operating a vehicle in the same direction of travel, failed to maintain a proper lookout, failed to maintain a single lane of traffic, failed to safely control the movement of his vehicle, and violently struck Plaintiff's vehicle while moving across lanes of traffic. The collision caused Plaintiff to sustain personal injuries and damages as more fully set forth below. Further investigation revealed that at the time of the incident, Defendant JOSHUA BARBER was operating a vehicle owned and/or leased by Defendant EAN HOLDINGS, LLC D/B/A ENTERPRISE RENT-A-CAR. Defendant JOSHUA BARBER was operating said vehicle within the course and scope of his agency and/or employment with Defendant EAN HOLDINGS, LLC D/B/A ENTERPRISE RENT-A-CAR, and was acting within the course of his authority as such agent, servant, and employee.

4.2 On the occasion in question, Defendants EAN HOLDINGS, LLC D/B/A ENTERPRISE RENT-A-CAR and JOSHUA BARBER were negligent, and such negligence

Unofficial Copy Office of Marilyn Burgess District Clerk

proximately caused the injuries and damages sustained by Plaintiff. Nothing Plaintiff did or failed to do caused or contributed to the incident. Rather, Defendants owed a duty of care to Plaintiff, and their breaches of that duty were the proximate cause of Plaintiff's injuries and damages as complained of in this suit.

## V.
## CAUSE OF ACTION: NEGLIGENCE

5.1 Defendant JOSHUA BARBER was negligent in one or more of the following particulars, each of which acts and/or omissions, individually or collectively, constitute negligence which proximately caused the collision and the resulting injuries and damages to Plaintiff:

a. Failing to maintain a proper lookout;
b. Failing to maintain an assured clear distance;
c. Attempting an unsafe lane change;
d. Failing to yield the right of way when changing lanes;
e. Failing to turn the vehicle to avoid a collision;
f. Operating a vehicle at a rate of speed in excess of that which it would have been operated by a person of ordinary prudence in the exercise of ordinary care under the same or similar circumstances;
g. Being inattentive and failing to maintain proper control of their vehicle;
h. Operating their vehicle in a reckless manner;
i. Failing to control their speed; and
j. Other violations of the Texas Transportation Code.

5.2 The negligence of Defendant JOSHUA BARBER was a proximate cause of the collision and Plaintiff's resulting injuries and damages.

Unofficial Copy Office of Marilyn Burgess District Clerk

## VI.
## CAUSE OF ACTION:
## NEGLIGENCE PER SE

6.1 Defendant JOSHUA BARBER's acts and/or omissions constitute negligence per se under Texas law. Specifically, Defendant JOSHUA BARBER violated the following statutory duties designed to protect individuals such as Plaintiff:

a. Duty to maintain a single lane of travel and only move from that lane when the movement can be made safely. *Tex. Transp. Code § 545.060*;

b. Duty to operate a motor vehicle with due regard for the safety of all persons and property and to avoid driving with willful or wanton disregard. *Tex. Transp. Code § 545.401*;

c. Duty to signal intent to change lanes and ensure it is safe to do so. *Tex. Transp. Code § 545.104*;

d. Duty to avoid unsafe lane changes that interfere with the operation of other vehicles. *Tex. Transp. Code § 545.061*;

e. Duty to exercise caution and prevent collisions when maneuvering or turning. *Tex. Transp. Code § 545.103*;

f. Duty to operate a vehicle at a speed that is reasonable and prudent under the circumstances then existing. *Tex. Transp. Code § 545.351*; and

g. Other violations of the Texas Transportation Code and Federal Motor Carrier Safety Regulations.

6.2 Plaintiff is within the class of persons meant to be protected by these statutes, specifically, travelers on the roadway. Defendants' violations of these statutes were the proximate cause of the collision and Plaintiff's injuries and damages.

Unofficial Copy Office of Marilyn Burgess District Clerk

## VII.
## CAUSE OF ACTION:
## NEGLIGENT ENTRUSTMENT

7.1 On or about, August 24, 2023, Defendant EAN HOLDINGS, LLC D/B/A ENTERPRISE RENT-A-CAR was the owner of the vehicle operated by Defendant JOSHUA BARBER. Defendant EAN HOLDINGS, LLC D/B/A ENTERPRISE RENT-A-CAR entrusted the vehicle to Defendant JOSHUA BARBER, a reckless and incompetent driver. Defendant EAN HOLDINGS, LLC D/B/A ENTERPRISE RENT-A-CAR knew or should have known that Defendant JOSHUA BARBER, was a reckless and incompetent driver. Defendant EAN HOLDINGS, LLC D/B/A ENTERPRISE RENT-A-CAR was negligent, and the negligence of the Defendant EAN HOLDINGS, LLC D/B/A ENTERPRISE RENT-A-CAR was a proximate cause of Plaintiff's damages.

## VIII.
## CAUSE OF ACTION:
## RESPONDEAT SUPERIOR

8.1 Defendant, EAN HOLDINGS, LLC D/B/A ENTERPRISE RENT-A-CAR, is legally responsible to Plaintiff for the acts and omissions of its employees, agents, servants, and representatives under the legal doctrines of respondeat superior, agency and/or ostensible agency. As a result, thereof, the Defendant is vicariously liable for all wrongful and illegal acts, omissions, and conduct of its employees, agents, servants and representatives.

8.2 Defendant JOSHUA BARBER was an agent, servant, and/or employee acting within the scope of their employment with Defendant, EAN HOLDINGS, LLC D/B/A ENTERPRISE RENT-A-CAR.

## IX.
## CAUSE OF ACTION:
## NEGLIGENT HIRING, TRAINING, AND SUPERVISION

Unofficial Copy Office of Marilyn Burgess District Clerk

9.1 Defendant, EAN HOLDINGS, LLC D/B/A ENTERPRISE RENT-A-CAR, was also negligent in hiring an incompetent or unfit employee and/or in failing to properly train, instruct, and supervise Defendant JOSHUA BARBER. Defendant, EAN HOLDINGS, LLC D/B/A ENTERPRISE RENT-A-CAR, failed to provide proper training and instruction to Defendant JOSHUA BARBER, which would have provided them with the proper skills and knowledge to avoid the collision that forms the basis of this lawsuit. Defendant EAN HOLDINGS, LLC D/B/A ENTERPRISE RENT-A-CAR's negligence in the hiring of and failure to properly instruct and train its driver was a proximate cause of the accident and Plaintiff's injuries and damages.

**X.**
**CAUSE OF ACTION:**
**GROSS NEGLIGENCE**

10.1 Defendant, EAN HOLDINGS, LLC D/B/A ENTERPRISE RENT-A-CAR, was grossly negligent and/or acted with malice as that term is understood under Texas law, and such conduct was a proximate cause of Plaintiff's injuries and damages. Defendant EAN HOLDINGS, LLC D/B/A ENTERPRISE RENT-A-CAR's acts and omissions constitute a conscious indifference to the safety and welfare of Plaintiff. Defendant EAN HOLDINGS, LLC D/B/A ENTERPRISE RENT-A-CAR's actions involved an extreme degree of risk and Defendant EAN HOLDINGS, LLC D/B/A ENTERPRISE RENT-A-CAR knew or should have known of that risk and the harm it posed to other drivers on the road, including Plaintiff, yet Defendant EAN HOLDINGS, LLC D/B/A ENTERPRISE RENT-A-CAR proceeded to negligently hire, train, supervise and entrust a vehicle to Defendant JOSHUA BARBER. Defendant EAN HOLDINGS, LLC D/B/A ENTERPRISE RENT-A-CAR's malicious and grossly negligent conduct justifies the imposition of punitive and exemplary damages both as

Unofficial Copy Office of Marilyn Burgess District Clerk

punishment to Defendant EAN HOLDINGS, LLC D/B/A ENTERPRISE RENT-A-CAR for its callous disregard and as a deterrent to others from engaging in similar conduct. Plaintiff therefore asks for punitive and exemplary damages in addition to all actual damages.

**XI.**
**DAMAGES**

11.1 The actions and conduct of the Defendants set forth above were the proximate cause of Plaintiff's serious injuries.

11.2 As a direct, proximate, and foreseeable result of Defendants' conduct, Plaintiff VANESSA TAYLOR suffered injuries and damages including the following:

a. Past and future physical pain and suffering;

b. Past and future mental anguish;

c. Past and future impairment;

d. Past and future medical expenses;

e. Past lost wages; and

f. Future loss of earning capacity.

11.3 As discussed above, Plaintiff has suffered not only easily quantifiable economic damages but also other forms of damages such as mental anguish and pain and suffering and will likely continue to suffer these damages in the future. Plaintiff is required by law to state the maximum amount of damages she seeks. Plaintiff believes that when the totality of her damages are considered, along with the wrongful nature of Defendants' conduct, it is possible that a fact finder may ultimately decide that Plaintiff's damages exceed one million dollars ($1,000,000). Plaintiff therefore sues for a sum in excess of one million dollars to be determined by the fact finder in its sole discretion.

Unofficial Copy Office of Marilyn Burgess District Clerk

**XII.**

**PRE- AND POST- JUDGMENT INTEREST**

12.1 Plaintiff will additionally show that they are entitled to recover pre- and post-judgment interest in accordance with law and equity as part of their damages herein, and Plaintiff here and now sues for recovery of pre- and post-judgment interest as provided by law and equity, under the applicable provision of the laws of the State of Texas.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendants be cited to appear and answer and that, upon final trial hereof, Plaintiff have judgment against Defendants, that Plaintiff recover their damages in accordance with the evidence, that Plaintiff recover costs of Court herein expended, that Plaintiff recover interest, both pre- and post-judgment, to which Plaintiff is entitled under the law, and for such other and further relief, both general and special, legal and equitable, to which Plaintiff may be justly entitled.

Respectfully submitted,

**MUKERJI LAW FIRM**

*/s/ Jonathan E. Bleyer*

Sam K. Mukerji
State Bar No.: 24053377
Jonathan E. Bleyer
State Bar No.: 24089990
Winfield S. Williams
State Bar No.: 24090848
2405 Smith Street
Houston, TX 77006
Tel: (713) 222-1222
Fax: (713) 222-0555
litigation@mukerjilaw.com

**ATTORNEYS FOR PLAINTIFF**

Unofficial Copy Office of Marilyn Burgess District Clerk

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Madison Moehlig on behalf of Jonathan Bleyer
Bar No. 24089990
mmoehlig@mukerjilaw.com
Envelope ID: 101068680
Filing Code Description: Petition
Filing Description: Plaintiff's Original Petition
Status as of 5/20/2025 3:45 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jonathan Bleyer | | litigation@mukerjilaw.com | 5/20/2025 3:34:58 PM | SENT |
| Sam Mukerji | | litigation@mukerjilaw.com | 5/20/2025 3:34:58 PM | SENT |
| Jonathan E.Bleyer | | jbleyer@mukerjilaw.com | 5/20/2025 3:34:58 PM | SENT |

Unofficial Copy Office of Marilyn Burgess District Clerk